1  **PINNOCK & WAKEFIELD**
   A Professional Corporation
2  David C. Wakefield, Esq.     Bar #: 185736
   Michelle L. Wakefield, Esq.  Bar #: 200424
3  3033 Fifth Avenue, Suite 410
   San Diego, CA  92103
4  Telephone: (619) 858-3671
   Facsimile: (619) 858-3646
5
   Attorneys for Plaintiffs
6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  MANTIC ASHANTI'S CAUSE, SUING ON          Case No.: C05-5080 JL
    BEHALF OF THEODORE A. PINNOCK
12  AND ITS MEMBERS; and THEODORE A.          STIPULATED DISMISSAL AND
    PINNOCK, An Individual,                   DISMISSAL WITH PREJUDICE OF ALL
13                                            DEFENDANTS FROM PLAINTIFFS'
                    Plaintiffs,               COMPLAINT AND PLAINTIFFS'
14      v.                                    COMPLAINT IN ITS ENTIRETY AND
                                              ORDER THEREON.
15
    THE MOSSER HOTEL aka MOSSER
16  VICTORIAN HOTEL OF ARTS & MUSIC;
    CHARLES W. MOSSER; And DOES 1
17  THROUGH 10, Inclusive
                                              [Fed.R.Civ.P. Rule 41(a)(2)]
18              Defendants.

19

20

21

22
    ///
23
    ///
24
    ///
25

26

27       IT IS HEREBY STIPULATED by and between **MANTIC ASHANTI'S CAUSE,**

28  **SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS,** and

                                              1    Case Number: C05-5080 JL

Document Date: March 13, 2006

1  THEODORE A. PINNOCK, An Individual, Plaintiffs, on the one hand, and Defendants THE
2  MOSSER HOTEL aka MOSSER VICTORIAN HOTEL OF ARTS & MUSIC; and
3  CHARLES W. MOSSER, on the other hand, through their respective attorneys of record that,
4  pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal
5  with prejudice of Defendants THE MOSSER HOTEL aka MOSSER VICTORIAN HOTEL
6  OF ARTS & MUSIC and CHARLES W. MOSSER, from Plaintiffs' Complaint, Case Number
7  C05-5080 JL. Additionally, Plaintiffs request that the Complaint be dismissed with prejudice in
8  its entirety.

10  IT IS SO STIPULATED.

12  Dated: 4/4, 2006            PINNOCK & WAKEFIELD, A.P.C.

                                By: _____
                                DAVID C. WAKEFIELD, ESQ.
                                Attorneys for Plaintiffs

17  Dated: 4/4, 2006            McNAMARA DODGE NEY BEATTY
                                SLATTERY PFALZER BORGES &
                                BROTHERS, LLP

                                By: _____
                                LISA R. ROBERTS, ESQ.
                                Attorneys for DEFENDANTS

25  **ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**
     **AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

27  IT IS HEREBY ORDERED that Defendants THE MOSSER HOTEL aka MOSSER
28  VICTORIAN HOTEL OF ARTS & MUSIC; and CHARLES W. MOSSER, are dismissed

                                          2         Case Number: C05-5080 JL

Document Date: March 13, 2006

1  THEODORE A. PINNOCK, An Individual, Plaintiffs, on the one hand, and Defendants THE
2  MOSSER HOTEL aka MOSSER VICTORIAN HOTEL OF ARTS & MUSIC; and
3  CHARLES W. MOSSER, on the other hand, through their respective attorneys of record that,
4  pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal
5  with prejudice of Defendants THE MOSSER HOTEL aka MOSSER VICTORIAN HOTEL
6  OF ARTS & MUSIC and CHARLES W. MOSSER, from Plaintiffs' Complaint, Case Number
7  C05-5080 JL. Additionally, Plaintiffs request that the Complaint be dismissed with prejudice in
8  its entirety.

10 IT IS SO STIPULATED.

12 Dated: 4/4, 2006            PINNOCK & WAKEFIELD, A.P.C.

14                              By: _____
                                    DAVID C. WAKEFIELD, ESQ.
15                                  Attorneys for Plaintiffs

17 Dated: _____, 2006     McNAMARA DODGE NEY BEATTY
                                SLATTERY PFALZER BORGES &
18                              BROTHERS, LLP

20                              By: _____

21                                  LISA R. ROBERTS, ESQ.
                                    Attorneys for DEFENDANTS

### ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY

27  IT IS HEREBY ORDERED that Defendants THE MOSSER HOTEL aka MOSSER
28 VICTORIAN HOTEL OF ARTS & MUSIC; and CHARLES W. MOSSER, are dismissed

                                              2          Case Number: C05-5080 JL

Document Date: March 13, 2006

1 | with prejudice from Plaintiffs' Complaint, Case Number C05-5080 JL.  Additionally, Plaintiffs'
2 | Complaint is dismissed with prejudice in its entirety.

4 | **IT IS SO ORDERED.**

6 | Dated: 4/6/06

*IT IS SO ORDERED*
*Judge James Larson*

HONORABLE
UNITED STATES MAGISTRATE JUDGE